# United States Court of Appeals
## For the First Circuit

---

## NOTICE OF APPEARANCE

**No.** 25-1861          **Short Title:** Barbara, et al v. Trump, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Barbara, Sarah, Susan, Matthew, and Mark _____ as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/SangYeob Kim _____          9/10/2025 _____
Signature                                              Date

SangYeob Kim _____
Name

ACLU of New Hampshire _____          603-333-2201 _____
Firm Name (if applicable)                       Telephone Number

18 Low Ave _____          _____
Address                                              Fax Number

Concord, NH 03301 _____          sangyeob@aclu-nh.org _____
City, State, Zip Code                       Email (required)

Court of Appeals Bar Number: 1183553 _____

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).