# United States Court of Appeals
## For the First Circuit
_____

No. 25-1861

BARBARA; SARAH; SUSAN; MATTHEW; MARK,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, President of the United States, in the official capacity; US DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of US Department of Homeland Security, in the official capacity; US DEPARTMENT OF STATE; MARCO RUBIO, Secretary of US Department of State, in the official capacity; US DEPT OF AGRICULTURE; BROOKE L. ROLLINS, Secretary of US Department of Agriculture, in the official capacity; CENTERS FOR MEDICARE & MEDICAID SERVICES; MEHMET OZ, Administrator of Centers for Medicare and Medicaid Services, in the official capacity,

Defendants - Appellants.
_____

**ORDER OF COURT**

Entered: October 8, 2025

Appellants' unopposed motion to place this appeal in abeyance is <u>allowed</u>. Appellants shall file status reports at 30-day intervals from the date of this order.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Bradley Hinshelwood, Robert C. Merritt, Brad P. Rosenberg, Eric Hamilton, Kathleen C. Jacobs, Lee Gelernt, Gilles R. Bissonnette, Zachary Heiden, Omar C. Jadwat, Carol J. Garvan, Adriana Lafaille, Cody H. Wofsy, Henry R. Klementowicz, SangYeob Kim, Spencer Elijah Wittmann Amdur, Christopher Myron Lapinig, Grace Choi, Hannah Schoen Steinberg, Chelsea Eddy, Ashley Michelle Burrell, Ayomide Odunsi, Elizabeth Grace Caldwell, Kimberly Leung, Morenike Fajana, Morgan Elle Humphrey, Noor Zafar, Stephen Kang, Winifred Kao, Norman Larry Eisen, Tianna Jade Mays, Taryn Wilgus Null, Christopher J. Hajec, Jacob Rhodes, Gabriel R. Canaan