# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-1861          **Short Title:** Barbara, et al v. Trump, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Barbara, Sarah, Susan, Matthew, and Mark _____ as the

[  ] appellant(s)          [✔] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

| | |
|---|---|
| /s/ Caroline Meade | 11/13/2025 |
| Signature | Date |
| Caroline Meade | |
| Name | |
| ACLU of New Hampshire | 603-451-1170 |
| Firm Name (if applicable) | Telephone Number |
| 18 Low Avenue | |
| Address | Fax Number |
| Concord, NH 03301 | caroline@aclu-nh.org |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 1199139

Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No._____

======================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).