# United States Court of Appeals
## For the First Circuit

No. 25-1861

BARBARA; SARAH; SUSAN; MATTHEW; MARK,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, President of the United States, in the official capacity; US DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of US Department of Homeland Security, in the official capacity; US DEPARTMENT OF STATE; MARCO RUBIO, Secretary of US Department of State, in the official capacity; US DEPT OF AGRICULTURE; BROOKE L. ROLLINS, Secretary of US Department of Agriculture, in the official capacity; CENTERS FOR MEDICARE & MEDICAID SERVICES; MEHMET OZ, Administrator of Centers for Medicare and Medicaid Services, in the official capacity,

Defendants - Appellants.

## ORDER OF COURT

Entered: November 14, 2025
Pursuant to 1st Cir. R. 27.0(d)

Appellants are presently in default for failure to file a status report. Appellants are directed to file a status report on or before **November 28, 2025.**


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Spencer Elijah Wittmann Amdur, Gilles R. Bissonnette, Ashley Michelle Burrell, Elizabeth Grace Caldwell, Grace Choi, Chelsea Eddy, Norman Larry Eisen, Morenike Fajana, Carol J. Garvan, Lee Gelernt, Zachary Heiden, Bradley Hinshelwood, Morgan Elle Humphrey, Omar C. Jadwat, Stephen Kang, Winifred Kao, SangYeob Kim, Henry R. Klementowicz, Adriana Lafaille, Christopher Myron Lapinig, Kimberly Leung, Tianna Jade Mays, Caroline Meade, Ayomide Odunsi, Hannah Schoen Steinberg, Cody H. Wofsy, Noor Zafar