# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1861    **Short Title:** Barbara, et al. v. Trump, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Barbara, Sarah, Susan, Matthew, and Mark                                                    as the

[ ] appellant(s)           [✔] appellee(s)           [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)         [ ] intervenor(s)

/s/ Ayomide Odunsi                           11/17/2025
Signature                                    Date

Ayomide Odunsi
Name

NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.        (202) 682-1300
Firm Name (if applicable)                           Telephone Number

700 14th Street, Suite 600                          (202) 682-1312
Address                                             Fax Number

Washington, DC 20005                                modunsi@naacpldf.org
City, State, Zip Code                               Email (required)

Court of Appeals Bar Number: 1216635

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes    Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

[ Print ]          [ Reset ]