IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| BARBARA, et al.<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>DONALD J. TRUMP, et al.<br><br>Defendants-Appellants. | No. 25-1861 |

## STATUS REPORT

Pursuant to this Court's order of October 8, 2025 and the docket entry dated November 14, 2025, appellants respectfully submit this status report.

1. On September 26, 2025, the Solicitor General filed a petition for a writ of certiorari before judgment in this case, along with a petition for certiorari in another case addressing the validity of the Executive Order at issue here. *Trump v. Barbara*, No. 25-365 (U.S. filed Sept. 26, 2025); *Trump v. Washington*, No. 25-364 (U.S. filed Sept. 26, 2025). On October 8, this Court granted an unopposed motion to place this appeal in abeyance "pending the Supreme Court's disposition of the pending petition for writ of certiorari before judgment in this

matter … and its disposition of the petition for writ of certiorari in *Trump v. Washington* … including any merits proceedings if one or both petitions are granted." Motion (Sept. 30, 2025); *see* Order (Oct. 8, 2025).

2. The petitions for certiorari were fully briefed on November 6, 2025. The Supreme Court has not yet acted on the petitions.

Respectfully submitted,

/s/ *Derek Weiss*
DEREK WEISS
(202) 616-5365
Derek.L.Weiss@usdoj.gov
  Attorney, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Room 7230
  Washington, D.C. 20530

Submitted: November 25, 2025