IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| BARBARA, et al.<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>DONALD J. TRUMP, et al.<br><br>Defendants-Appellants. | No. 25-1861 |

**STATUS REPORT &**
**UNOPPOSED MOTION TO MODIFY STATUS REPORTING**

1. On September 26, 2025, the Solicitor General filed a petition for a writ of certiorari before judgment in this case, along with a petition for certiorari in another case addressing the validity of the Executive Order at issue here. *Trump v. Barbara*, No. 25-365 (U.S. filed Sept. 26, 2025); *Trump v. Washington*, No. 25-364 (U.S. filed Sept. 26, 2025).

2. This case was held in abeyance "pending the Supreme Court's disposition of the pending petition for writ of certiorari before judgment in this matter … and its disposition of the petition for writ of certiorari in *Trump v. Washington* … including any merits proceedings

if one or both petitions are granted." Motion (Sept. 30, 2025); *see* Order (Oct. 8, 2025). Appellants were ordered to submit status reports every 30 days, Order (Oct. 8, 2025); pursuant to that order, appellants respectfully submit this status report: On December 5, 2025, the Supreme Court granted the petition for certiorari before judgment in this case. The Supreme Court has not acted on the petition for certiorari in *Trump v. Washington.*

    3.    In light of the Supreme Court's grant of certiorari before judgment in this case, the federal appellants also respectfully move to suspend future status reports in this case. The appellants propose that, within 30 days of the Supreme Court's decision in this case, the parties will inform the Court and propose a schedule for any further proceedings.

                                                        Respectfully submitted,

                                                     /s/ *Derek Weiss*
                                                     DEREK WEISS
                                                     (202) 616-5365
                                                   Derek.L.Weiss@usdoj.gov
                                                        Attorney, Appellate Staff
                                                        Civil Division
                                                        U.S. Department of Justice
                                                        950 Pennsylvania Ave., N.W.
                                                        Room 7230
                                                        Washington, D.C.  20530

Submitted: December 8, 2025

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Century Schoolbook, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 246 words, according to the count of Microsoft Word.

/s/ *Derek Weiss*
DEREK WEISS