No. 25-1861

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

BARBARA, et al.,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, President of the United
States, in his official capacity, et al.,

Defendants - Appellants.

On Appeal from the United States District Court for the District of New
Hampshire Civil Action No. 1:25-cv-00244

## PLAINTIFFS-APPELLEES' MOTION FOR ENTRY OF JUDGMENT AND FOR EXPEDITED ISSUANCE OF THE MANDATE

SangYeob Kim
Gilles R. Bissonnette
Henry R. Klementowicz
Chelsea Eddy
Caroline Meade
Maria Savarese
AMERICAN CIVIL LIBERTIES UNION OF
NEW HAMPSHIRE
18 Low Avenue
Concord, NH 03301
T: (603) 333-2081

Cody Wofsy
Hannah Steinberg
Stephen Kang
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION IMMIGRANTS' RIGHTS
PROJECT
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770

*Additional Counsel on Signature Page*

Plaintiffs respectfully move the Court to enter judgment and issue the mandate forthwith on an expedited basis pursuant to Federal Rules of Appellate Procedure 27(a), 36(a)(2), and 41(b). On August 10, 2026, Plaintiffs conferred with Defendants regarding this request; as of the time of this filing, Defendants have not indicated a position.

This is a challenge to Executive Order No. 14160, "Protecting the Meaning and Value of American Citizenship." 90 Fed. Reg. 8449 (Jan. 20, 2025). The district court provisionally certified a nationwide class of children who would be denied citizenship under the Order, and preliminarily enjoined the Order's enforcement. *See* 790 F. Supp. 3d 80, 101–02, 105–06 (D.N.H. 2025). Defendants appealed, *see* Notice of Appeal, No. 1:25-cv-00244 (D.N.H. Sept. 5, 2025), Dkt. No. 70, and then sought certiorari before judgment in the present case and a parallel action. *See Trump v. Barbara*, No. 25-365 (U.S. filed Sept. 26, 2025); *Trump v. Washington*, No. 25-364 (U.S. filed Sept. 26, 2025).

On October 8, 2025, this Court granted an unopposed motion to place this appeal in abeyance "pending the Supreme Court's disposition of the pending petition for writ of certiorari before judgment in this matter . . . and its disposition of the petition for writ of certiorari in *Trump v. Washington* . . . including any merits proceedings if one or both petitions are granted." Motion at 1, No. 25-1861 (1st Cir.

1

Sept. 30, 2025); *see* Order of Court, No. 25-1861 (1st Cir. Oct. 8, 2025).

The Supreme Court granted certiorari in this case on December 5, 2025, and issued an opinion and judgment in favor of Plaintiffs on June 30, 2026. *See Trump v. Barbara*, 146 S. Ct. 2438, 2445, 2458 (2026). The Court reaffirmed that the Citizenship Clause of the Fourteenth Amendment "guarantee[s] citizenship to all children born in the United States," excepting only "those recognized as exempt 'from the jurisdiction of this country'—the 'children of ambassadors' and other representatives of foreign sovereigns, as well as those born in the 'alien nations' of Indian tribes." *Id.* at 2452–53 (quoting *United States v. Wong Kim Ark*, 169 U.S. 649, 675, 681–83 (1898)). The Supreme Court entered final judgment on August 3, 2026. Letter Transmitting Judgment at 3, No. 25-1861 (1st Cir. Aug. 3, 2026).

On August 6, 2026, President Trump issued a second Executive Order purporting to "identif[y] . . . categories of children" whose citizenship the Administration intends to deny. *See Continuing to Protect the Meaning and Value of American Citizenship*, The White House (Aug. 6, 2026), https://www.whitehouse.gov/presidential-actions/2026/08/continuing-to-protect-the-meaning-and-value-of-american-citizenship/. The Order again threatens the citizenship of the members of the class, warranting renewed intervention by the district court. In light of this new threat, Plaintiffs have today moved the district

court to clarify its preliminary injunction, or in the alternative to modify it or issue a new preliminary injunction. *See* Ex. A.

In light of these circumstances, there is no reason to delay the issuance of judgment and the mandate in this case. Defendants sought certiorari before a judgment from this Court; the Supreme Court has already transmitted judgment to this Court, *see supra*; and the time in which to file for rehearing in the Supreme Court has lapsed. *See* Sup. Ct. Rule 44.1 ("Any petition for the rehearing of any judgment or decision of the Court on the merits shall be filed within 25 days after entry of the judgment or decision[.]").

The district court retains jurisdiction to take the requested actions notwithstanding the pendency of this appeal. *See* Fed. R. Civ. P. 62(d). However, to dispel any possible doubt regarding jurisdiction in the district court, Plaintiffs respectfully request that the Court both enter judgment and issue the mandate as soon as possible. *See* Fed. R. App. P. 41(b) (Court "may shorten or extend the time" in which the mandate issues).

Dated: August 11, 2026

SangYeob Kim
Gilles R. Bissonnette
Henry R. Klementowicz
Chelsea Eddy
Caroline Meade
Maria Savarese
AMERICAN CIVIL LIBERTIES UNION OF
NEW HAMPSHIRE
18 Low Avenue
Concord, NH 03301
T: (603) 333-2081
sangyeob@aclu-nh.org
gilles@aclu-nh.org
henry@aclu-nh.org
chelsea@aclu-nh.org
caroline@aclu-nh.org
maria@aclu-nh.org

Elizabeth Caldwell
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector St., FL 5, New York, NY
10006
(212) 217-1690
bcaldwell@naacpldf.org

Morgan Humphrey
Mide Odunsi
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
(202) 249-2193
mhumphrey@naacpldf.org
modunsi@naacpldf.org

Respectfully submitted,

/s/ *Cody Wofsy*
Cody Wofsy
Hannah Steinberg
Stephen Kang
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION IMMIGRANTS' RIGHTS
PROJECT
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
cwofsy@aclu.org
hsteinberg@aclu.org
skang@aclu.org

Grace Choi
Noor Zafar
Omar Jadwat
Lee Gelernt
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
Tel.: (212) 549-2660
gchoi@aclu.org
nzafar@aclu.org
ojadwat@aclu.org
lgelernt@aclu.org

Lucia Goin
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION IMMIGRANTS' RIGHTS
PROJECT
915 15th Street NW
Washington, DC 20005
T: (332) 529-3732
lgoin@aclu.org

4

Carol Garvan
Zachary L. Heiden
Max Brooks
AMERICAN CIVIL LIBERTIES UNION OF
MAINE FOUNDATION
P.O. Box 7860
Portland, ME 04112
T: (207) 619-8687
cgarvan@aclumaine.org
heiden@aclumaine.org
mbrooks@aclumaine.org

Adriana Lafaille
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS,
INC.
One Center Plaza Suite 850
Boston, MA 02108
T: (617) 482-3170
alafaille@aclum.org

Norm Eisen
Tianna Mays
Taryn Wilgus Null
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE, #15180
Washington, DC 20003
T: (202) 594-9958
norman@democracydefenders.org
tianna@democracydefenders.org
taryn@democracydefenders.org

Kimberly Wei Leung
Winifred Kao
ASIAN LAW CAUCUS
55 Columbus Ave
San Francisco, CA 94111
Tel.: (415) 896-1701
kimberlyl@asianlawcaucus.org
winifredk@asianlawcaucus.org

*Counsel for Plaintiffs-Appellees*

5

# CERTIFICATE OF COMPLIANCE

I certify that this Motion complies with the 5,200-word limit in that it contains 637 words.


Dated:  August 11, 2026

/s/ *Cody Wofsy*
Cody Wofsy