IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

|  |  |
|---|---|
| BARBARA, et al.<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>DONALD J. TRUMP, et al.<br><br>Defendants-Appellants. | No. 25-1861 |

**DEFENDANTS' RESPONSE TO MOTION FOR ENTRY OF JUDGMENT AND FOR EXPEDITED ISSUANCE OF MANDATE**

The Clerk's Office asked defendants to respond to this motion by

August 13, 2026.  The defendants take no position on this motion.

Respectfully submitted,

/s/ *Derek Weiss*

DEREK WEISS
(202) 616-5365
Derek.L.Weiss@usdoj.gov
  Attorney, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Room 7230
  Washington, D.C.  20530

Submitted: August 13, 2026

**CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Century Schoolbook, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 36 words, according to the count of Microsoft Word.

/s/ *Derek Weiss*
DEREK WEISS