# United States Court of Appeals
## For the First Circuit

No. 25-1861

BARBARA; SARAH; SUSAN; MATTHEW; MARK,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, President of the United States, in the official capacity; US DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary of US Department of Homeland Security, in the official capacity; US DEPARTMENT OF STATE; MARCO RUBIO, Secretary of US Department of State, in the official capacity; US DEPT OF AGRICULTURE; BROOKE L. ROLLINS, Secretary of US Department of Agriculture, in the official capacity; CENTERS FOR MEDICARE & MEDICAID SERVICES; MEHMET OZ, Administrator of Centers for Medicare and Medicaid Services, in the official capacity,

Defendants - Appellants.

Before

Barron, Chief Judge,
Rikelman and Aframe, Circuit Judges.

**JUDGMENT**

Entered: August 17, 2026

In light of Trump v. Barbara, 609 U.S. ___, 146 S. Ct. 2438 (Jun. 30, 2026) (affirming the judgment of the district court), we lift the abeyance of this appeal and remand the matter to the district court for further proceedings consistent with Barbara. Mandate shall issue forthwith. Appellants' motion to modify status reporting is denied as moot.

Remanded.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Honorable Joseph N. Laplante, Tracy Uhrin, Clerk, United States District Court for the District of New Hampshire, Bradley Hinshelwood, Derek Weiss, Lee Gelernt, Gilles R. Bissonnette, Zachary L. Heiden, Omar C. Jadwat, Carol J. Garvan, Adriana Lafaille, Cody H. Wofsy, Henry R. Klementowicz, SangYeob Kim, Spencer Elijah Wittmann Amdur, Christopher Myron Lapinig, Grace Choi, Caroline Meade, Hannah Schoen Steinberg, Chelsea Eddy, Ashley Michelle Burrell, Ayomide Odunsi, Elizabeth Grace Caldwell, Kimberly Leung, Morenike Fajana, Morgan Elle Humphrey, Noor Zafar, Stephen Kang, Winifred Kao, Norman Larry Eisen, Tianna Jade Mays, Maria Danielle Savarese