# United States Court of Appeals
## For the First Circuit

No. 25-1861

BARBARA; SARAH; SUSAN; MATTHEW; MARK,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, President of the United States, in the official capacity; US DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary of US Department of Homeland Security, in the official capacity; US DEPARTMENT OF STATE; MARCO RUBIO, Secretary of US Department of State, in the official capacity; US DEPT OF AGRICULTURE; BROOKE L. ROLLINS, Secretary of US Department of Agriculture, in the official capacity; CENTERS FOR MEDICARE & MEDICAID SERVICES; MEHMET OZ, Administrator of Centers for Medicare and Medicaid Services, in the official capacity,

Defendants - Appellants.

**MANDATE**

Entered: August 17, 2026

In accordance with the judgment of August 17, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Spencer Elijah Wittmann Amdur, Gilles R. Bissonnette, Ashley Michelle Burrell, Elizabeth Grace Caldwell, Grace Choi, Chelsea Eddy, Norman Larry Eisen, Morenike Fajana, Carol J. Garvan, Lee Gelernt, Zachary L. Heiden, Bradley Hinshelwood, Morgan Elle Humphrey, Omar C. Jadwat, Stephen Kang, Winifred Kao, SangYeob Kim, Henry R. Klementowicz, Adriana Lafaille, Christopher Myron Lapinig, Kimberly Leung, Tianna Jade Mays, Caroline Meade, Ayomide Odunsi, Maria Danielle Savarese, Hannah Schoen Steinberg, Derek Weiss, Cody H. Wofsy, Noor Zafar